ERIKA M. LANGENBACH,

        Plaintiff,

v.

WAL-MART STORES, INC.,

        Defendant.

Case No. 12-CV-1019

## DEFENDANT'S CIV. L. R. 7(H) EXPEDITED NON-DISPOSITIVE MOTION TO RE-FILE MATERIAL UNDER SEAL

Defendant Wal-Mart Stores East, LP, incorrectly identified as Wal-Mart Stores, Inc., by its undersigned attorneys, hereby moves for an order granting leave to re-file Exhibit 1 to the October 7, 2013 Declaration of Erik K. Eisenmann [Doc. 38-1] under seal. Exhibit 1 is an excerpt from Plaintiff's deposition in this matter, and certain pages of that exhibit contain information regarding the plaintiff's medical treatment, which have been designated by Plaintiff as "confidential" pursuant to the Stipulated Protective Order entered by this Court on July 10, 2013. [Doc. 25.]

Pursuant to the Stipulated Protective Order, and because the parties have a significant interest in upholding the confidentiality of documents and information so designated, the Defendant believes there is good cause to allow the exhibit to be re-filed under seal.

Dated: October 16, 2013

WHYTE HIRSCHBOECK DUDEK S.C.
Attorneys for Defendant Wal-Mart Stores East, LP

By:    s/ Erik K. Eisenmann
       Thomas C. Ewing
       Erik K. Eisenmann
       555 East Wells Street, Suite 1900
       Milwaukee, WI 53202-3819
       (414) 271-2300 Phone
       tewing@whdlaw.com
       eeisenmann@whdlaw.com