# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ERIKA M. LANGENBACH,**

        **Plaintiff,**

  v.

                                **Case No. 12-CV-1019**

**WAL-MART STORES, INC.,**

        **Defendant.**

## ORDER

Before the Court is the defendant's October 16, 2013 Civ. L.R. 7(h) Expedited, Non-Dispositive Motion to Re-File Material Under Seal. The defendant asserts that certain pages in Exhibit 1 to the October 7, 2013 Declaration of Erik K. Eisenmann (Docket # 38-1), which is an excerpt from the plaintiff's deposition in this matter, contain confidential information pursuant to the Stipulated Protective Order entered on July 10, 2013. The defendant requests Exhibit 1 to be re-filed under seal. The Court finds there is not good cause to seal the entirety of Exhibit 1. A motion to seal should be limited to that portion of the material necessary to protect the movant from harm — thus, the fact that part of a document contains confidential information does not mean the entire document should be sealed. *See* Gen. L.R. 79(d), Committee Comment. Rather, only the portions containing confidential material should be sealed. *Id.*

The defendant states that "certain pages" of the exhibit contain confidential information. Thus, the defendant should submit a version of Exhibit 1 with the confidential information redacted.

**SO ORDERED** this 16th day of October, 2013.

               BY THE COURT:

               *s/Nancy Joseph*
               NANCY JOSEPH
               United States Magistrate Judge